679 A.2d 1264

**Kathleen Breslin WALKER and James Walker, Petitioners,**

**v.**

**Albert ROSE, D.P.M. and Curt D. Miller, M.D., Respondent.**

Supreme Court of Pennsylvania.

July 30, 1996.

## ORDER

PER CURIAM:

AND NOW, this 30th day of July, 1996, the Petition for Allowance of Appeal is hereby GRANTED, but LIMITED to the following issue:

Whether the doctrine of informed consent is applicable to the intravenous administration of a drug when the claim is

that the harm in question was caused by the method and location of the injection?

It is further Ordered that Petitioners' Petition for Leave to File Supplement to their Petition for Allowance of Appeal is DENIED.